UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUTHER BOOKER,<br><br>          Plaintiff,<br><br>        -against-<br><br>THE STATE OF NEW YORK, NEW YORK STATE<br>DEPARTMENT OF CORRECTION AND<br>COMMUNITY SUPERVISION, DANIEL F.<br>MARTUSCELLO III, LETITIA JAMES, ORANGE<br>MEDICAL CENTER, AND MONTEFIORE<br>HOSPITAL.,<br><br>          Defendants. | 26 CIVIL 003714 (LTS)<br><br>**<u>CIVIL JUDGMENT</u>** |

For the reasons stated in the June 25, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962) (holding that an appellant demonstrates good faith when he seeks review of a

nonfrivolous issue).

       SO ORDERED.

Dated:   June 30, 2026
          New York, New York

                                 /s/ Laura Taylor Swain
                                 LAURA TAYLOR SWAIN
                        Chief United States District Judge